# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**KATHERINE TAYLOR,**

    **Plaintiff,**

vs.                                                                                   Case No.: 8:05-cv-1912-T-24MSS

**JP MORGAN INVEST, LLC,**

    **Defendant.**

_____/

## ORDER

    **THIS MATTER** comes before the Court on consideration of the parties' Agreed Motion for Entry of Stipulation and Order of Confidentiality (the "Protective Order") (Dkt. 19). The Court finds good cause to enter a Protective Order pursuant to the parties' stipulation. See Fed. R. Civ. P. 26(c), 29. Nothing in the parties' stipulation shall preclude any party from filing any confidential discovery material with the Clerk of the Court or at trial as such restrictions are within the province of the District Court and are subject to greater scrutiny. See In re Alexander Grant & Co., 820 F.2d 352, 355 (11th Cir. 1987), aff'g 629 F. Supp. 593, 597 (S.D. Fla. 1986). Furthermore, despite any contrary language in the confidentiality stipulation, leave of court must be obtained before a party may file a discovery document under seal. Additionally, the parties are advised that "[t]he designation of a document as confidential [under the stipulated "umbrella" order] may be viewed as equivalent to a motion for protective order and subject to the sanctions of Fed. R. Civ. P. 26(g)." See Cipollone v. Ligget Group, Inc., 785 F.2d 1108, 1122 n.17 (citation omitted), cert. denied, 484 U.S. 976 (1987). Further, nothing in the confidentiality stipulation shall shift the burden of proof

as to the confidentiality of the documents or the opposing party's entitlement to them. Finally, no language in the Protective Order should be construed by the parties to mean that the Court will retain jurisdiction in the matter post-judgment. Any effort to enforce obligations under the Protective Order must fall independently within the Court's jurisdiction, and such relief must be sought in accordance with applicable law and procedure.

Accordingly, subject to the foregoing, the Court **APPROVES** and **ENTERS** the parties' Protective Order (Dkt. 19).

**DONE** and **ORDERED** in Tampa, Florida this 7th day of July 2006.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record